THE AMERICAN AGRICULTURAL CHEMICAL COMPANY, RELATORS-RESPONDENTS, v. VINCENT J. MURPHY, JOHN A. BRADY, MEYER C. ELLENSTEIN, JOHN B. KEENAN, RALPH A. VILLANI, AND CITY OF NEWARK, A MUNICIPAL CORPORATION, RESPONDENTS-APPELLANTS.

Argued May 20, 1947—Decided September 12, 1947.

For the relators-respondents, *Hannoch & Lasser* (*Herbert J. Hannoch* and *Morris Weinstein,* of counsel).

For the respondents-appellants, *Thomas L. Parsonnet* (*Joseph A. Ward,* of counsel).

PER CURIAM.

This case is controlled by our decision to-day in the case of *Brown* v. *Murphy,* 136 *N. J. L.* 183.

The only distinction is that the city, in this case, pursuant to statutory authority (*R. S.* 40:179–34), established and constructed a seaport and industrial terminal and the lands of the respondents were incorporated therein, and that the city was given the power to condemn by *R. S.* 40:179–34.

The judgment under appeal is affirmed.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McGEEHAN, McLEAN, JJ. 12.

*For reversal*—None.